IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERIC LAVELLE MAY, #209534** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 15-00025-KD-B |
| | * | |
| **KAREN STONE,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 17, 2015 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this the **1**st day of **June 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**